IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                Case Number: 1:19cr12-2

Randy Goodman

## CRIMINAL MINUTES: CHANGE OF PLEA

Defendant appeared with counsel Jay Clark

Defendant arraigned and specifically advised of rights

Statement of Facts read by Special Agent Herwig

Defendant pleads GUILTY to Count 1

Plea accepted by the Court

Referred to Probation Department for Presentence Report

Defendant's oral request for bond is Granted

O.R. Bond issued

Ben Glassman AUSA

Judge:	Susan J. Dlott

Courtroom Deputy:	William Miller

Court Reporter:	Julie Wolfer, Official

Date:	August 15, 2019